IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS HALSEY, #322094, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:20-CV-173-WHA ) |
| HENRY BINFORD, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On March 25, 2020, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims against Henry Binford, Pat Jones, Shaun McGhee and Carla H. Woodall seeking relief for actions related to an order issued by the Circuit Court of Houston County, Alabama during state criminal proceedings are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

3. This case is dismissed prior to service of process in accordance with the provisions set forth in 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

A separate Final Judgment will be entered.

DONE this 22nd day of April, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE